4-29-2023

# FEDERAL UNITED STATES DISTRICT COURTHOUSE OF THE STATE OF LOUISIANA

| | |
|---|---|
| Plaintiff(s), Travis M. Glenn, (proof) Inmates of Bossier City Jail v.s. Defendant(s), Bossier City, Bossier City Jail, Bossier City Courts | Original Compliant Document 1 4-29-2025 |

## Introduction

The Plaintiffs believe the Bossier City Jail in which they currently reside is inhumane and unjustly cruel, by voilating civil rights laws, creating health hazards and risk. The belief amongst the Plaintiffs is that sentences (and/or punishments) are unusual and outside of state guidelines. The Defendants are also accussed of being responsible for interfering with the right to a faire trial. Most importantly the Plaintiffs believe any further attendance within the Bossier City Jail would be cruel and unusual punishment; which all United States natural born citizens are protected from per, the Bill of Rights and United States Constitution.

    The Plaintiffs are asking for immediate relief in transferring to a humane and suitable jail facility. Immediate investagation into the below allegations. If violations are present, the Plaintiffs ask for immediate immediate closure of the jail

p. 1

and/or necessary remedies. Also, Plaintiffs ask for monetary relief or no less than $250 million dollars USD, with any punitive damages that may also be awarded, due to the violations of Civil Rights and Tort law infringements by the Defendants.

## Proper Venue

The Plaintiffs and Defendants both currently reside within the state of Louisiana. The federal question is U.S. Civil Rights law and Tort laws along with U.S.C. codes. The Plaintiffs are seeking more than $75,000 USD in monetary damages. The Venue is correct.

## Allegations

1. The Defendants are holding inmates capative during legal proceedings without access to a current law library or legal counsel at no cost.

    a. The Defendants have allowed and incouraged past inmates and some of the Plaintiffs to represent themselves in a court of law (Bossier City Courthouse) without access to a current law library.

    b. Plaintiffs believe this action to be illegal by the Defendants, interferring with the Plaintiffs right to fare trial, given by the Bill of Rights and U.S. constitution.

2. The Defendants have abandoned all protocol in stopping the spread of COVID-19 and other infectious dieases such as MRCA and the common flu.
   a. Plaintiffs have witnessed a cochroach infestation within cooking and meal prep areas.
3. The Defendants meal plan for the Plaintiff does not meet dietary sustances needs of the Plaintiffs.
   a. The current meal plan does not meet the recommended daily calorie intake of adult males age 18 and above.
   b. Current natritional food group servings, as provided by the American Heart Association, have been cut in less than half of the daily recommendation for healthly living.
   c. If the Plaintiffs participated in daily exercise per the advice of the AHA the Plaintiffs would be calorie deficeientt. Bordering starvation per calorie count.
   d. Hot meals are left to turn cold before being served to the Plaintiffs. Which can invite bacteria into their meals.
   e. Many of the Plaintiffs attribute moodiness to lack of food and/or calories consumed.

p.3

4. Plumbing within the cell block is inadequate.
   a. clogged toilets have be left unattended to for weeks, causing health problems for the Plaintiffs
5. Plaintiffs were forced to eat in a room exposed to an excessive amount of blood pathogens.
   a. some Plaintiffs refused to eat, skipping a meal.
6. Plaintiffs have no access to daily news or media.
   a. management of stocks or bitcoin is impossible without up to date media or news.
7. Defendants have given exceptional sentences to almost every inmate that has plead guilty
   a. excessive bails are the norm of the Defendant, deem unusal punishment.

## Conclusion

Plaintiffs ask the Federal Court to find the above allegations violate U.S. Civil Rights, U.S.C and Tort laws of negligence under duty.

## Prayer for Relief

Plaintiffs ask for immediate transfer to a humane and healthly, lawful facility. Immediate investigation and/or closure of Bossier City Jail or other remedies to the above allegations. Finally, the Plaintiffs ask for $250 million USD in monetary damages, also any punitive damages they may be awarded.

p. 4

Signed by, [signature] 4-29-2023
Travis M. Glenn, Pro Se
current address: Bossier City Jail    LA
620 Benton Rd, Bossier City, 71112
email address: trvsglnn@gmail.com, trvsglnn3@proton.mail
phone number: 214-715-0796 (cell)
Home address: 6345 Dorcheat Rd. Minden, LA 71055

Travis M. Glenn signing for Plaintiff:
Inmates of Bossier City Jail

[signature]    Date: 4-29-2023

Address: 620 Benton Rd
         Bossier City, LA 71112
         Bossier City Jail

p. 4 end